### EDMONDS ag$^t$ ROBINSON

Robert Edmonds Executo$^r$ to the Last will & testam$^t$ of George Foxwell deceased plaint. ag$^t$ James Robbinson alias Robertson of blew point alias Scarborough Defend$^t$ in an action of the case for non payment of Fifty pounds in Fish & wheate according to the s$^d$ James his Specialty or ingagement under his hand bearing date the .24th of august. 1671. as may appeare; which s$^d$ debt or payment was due or to bee paide the 24th day of June next after the date of the saide Specialty for twenty five pounds of it & the other twenty five pounds was due or paiable the 15th of October. 1672. as appeare by s$^d$ Specialty & due interest of the afores$^d$ Summe for not being paide in due time is here [ 311 ] claimed & other due damages according to attachm$^t$ Dat. March. 9th 16$\frac{7}{12}$ . . . the Jury . . . founde for the plaintiffe twenty five pounds Sixteen Shillings six pence damage according to bill & costs of Court Forty Shillings & eight pence.

Execucion issued May: 14$^o$ 1675.